UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| NATIONAL ORGANIZATION FOR MARRIAGE, INC., | : |
| | : |
| | : **NOTICE OF MOTION** |
| Plaintiff, | : **TO DISMISS THE COMPLAINT** |
| | : |
| v. | : Case No.: 10-CV-751 |
| | : |
| JAMES WALSH, in his official capacity as co-chair of the New York State Board of Elections; DOUGLAS KELLNER, in his official capacity as co-chair of the New York State Board of Elections; EVELYN AQUILA, in her official capacity as commissioner of the New York State Board of Elections; and GREGORY PETERSON, in his official capacity as commissioner of the New York State Board of Elections, | : : : : |
| | |
| Defendants. | |

-----------------------------------------------------------------

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Craig R. Bucki, Esq., dated October 12, 2010, with exhibits, and the accompanying Memorandum of Law dated October 12, 2010, and all the papers and proceedings herein, Defendants will move this Court, before the Hon. Richard J. Arcara, United States District Judge, at the United States Courthouse, located at 68 Court Street, Buffalo, New York  14202, at a date and time to be determined by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), dismissing Plaintiff's Verified Complaint, and awarding such other and further relief as to this Court seems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff intends to serve reply papers on this motion, and Defendants are therefore required to file and serve answering papers at least eight (8) business days prior to the return date to be scheduled by the Court.

DATED:       Buffalo, New York
             October 12, 2010

                    PHILLIPS LYTLE LLP


                    By ____/s/ CRAIG R. BUCKI_____
                          Kenneth A. Manning
                          Michael B. Powers
                          Craig R. Bucki
                    *Attorneys for Defendants Kellner and Aquila*
                    3400 HSBC Center
                    Buffalo, New York  14203-2887
                    Telephone No.:  (716) 847-8400
                    E-mail Address:  cbucki@phillipslytle.com

Dated: Albany, New York
       October 12, 2010


                    BROWN & WEINRAUB, PLLC


                    By ____/s/ JUSTIN E. DRISCOLL_____
                          Justin E. Driscoll
                    *Attorneys for Defendants Walsh and Peterson*
                    79 Columbia Street
                    Albany, New York  12210
                    Telephone No.:  (518) 427-7350
                    E-mail Address:  jdriscoll@brownweinraub.com

TO:   BARTH SULLIVAN BEHR
*Local Counsel for Plaintiff*
Laurence Behr, Esq.
600 Convention Tower
43 Court Street, Suite 600
Buffalo, New York  14202
Telephone No.:  (716) 856-1300
E-mail Address:  lbehr@barthbehr.com

RANDY ELF, ESQ.
*Lead Counsel for Plaintiff*
P.O. Box 525
Lakewood, New York  14750

JAMES MADISON CENTER FOR FREE SPEECH
*Lead Counsel for Plaintiff*
James Bopp, Jr., Esq.
Jeffrey Gallant, Esq.
1 South Sixth Street
Terre Haute, Indiana  47803
Telephone No.:  (812) 232-2434
E-mail Address:  bcb@BoppLaw.com

Doc # 01-2404144.1