## In the United States District Court
## for the Western District of New York

| | |
|---|---|
| **National Organization for Marriage, Inc.**<br><br>*Plaintiff*<br><br>v.<br><br>**Walsh, et al.**,<br><br>*Defendants* | Civil Action No.: 1:10-cv-00751-RJA |

## Stipulation of Dismissal without Prejudice

Plaintiff National Organization for Marriage, Inc., ("NOM") files this stipulation of dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation has been agreed upon and signed by all parties who have appeared in this action. This dismissal is without prejudice. Fed R. Civ. P. 41(a)(1)(B).

As of the filing of this stipulation, NOM's Bill of Costs is still pending before the Second Circuit. The parties agree that this stipulation does not affect the addition of this Bill of Costs to the mandate as well as the taxation and payment of these costs.

1

Respectfully submitted this 8th day of June, 2013


  /s/ Kaylan L. Phillips
Kaylan L. Phillips (*pro hac vice*)
ACTRIGHT LEGAL FOUNDATION
209 W. Main Street
Plainfield, IN  46168
Telephone: (202) 683-9405
Facsimile: (888) 815-5641
kphillips@actright.com
*Counsel for Plaintiff*


Laurence D. Behr
Barth, Sullivan & Behr
43 Court Street
Suite 600
Buffalo, NY 14202
Telephone: (716) 856-1300
Facsimile: (716) 856-1494
Email: lbehr@barthbehr.com
 *Local Counsel for Plaintiff*

Respectfully submitted this 6th day of June, 2013


 /s/ CRAIG R. BUCKI
Craig Bucki, CBucki@PhillipsLytle.com
Kenneth Manning, KManning@PhillipsLytle.com
Michael Powers,  MPowers@PhillipsLytle.com
PHILLIPS LYTLE, LLP
3400 HSBC Center
Buffalo, NY 14203
Telephone: (716) 847-5495
Facsimile: (716) 852-6100
*Counsel for Defendants Kellner and Aquila*

Respectfully submitted this \_\_\_\_ day of June, 2013

      /s/Justin E. Driscoll III

Justin E. Driscoll , III
BROWN & WEINRAUB, PLLC
50 State Street
Fourth Floor
Albany, NY 12207
Telephone: (518)427-7350
Facsimile: (518) 427-7792
Email: jdriscoll@brownweinraub.com
*Counsel for Defendants Walsh and Peterson*

**Certificate of Service**

I certify that on June 8, 2013, I electronically filed the foregoing **Stipulation of Dismissal** with the clerk of court using the CM/ECF system, which will notify the following CM/ECF participants:

Kenneth Manning,  KManning@PhillipsLytle.com
Michael Powers,  MPowers@PhillipsLytle.com
Craig Bucki,  CBucki@PhillipsLytle.com
*Counsel for Defendants Kellner and Aquila*

Justin Driscoll,  JDriscoll@BrownWeinraub.com
*Counsel for Defendants Walsh and Peterson*

Anthony D. Boccanfuso, Anthony_Boccanfuso@aporter.com
Kent Yalowitz, Kent.Yalowitz@APorter.com
*Counsel for Amici Curiae*


|  |  |
|---|---|
|  | /s/ Kaylan L. Phillips |
| June 8, 2013 | Kaylan L. Phillips |